UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KRISTI L. COMPTON, :
:
    Plaintiff : No. 3:15-CV-1248
:
vs. : (Judge Nealon)
:
CAROLYN W. COLVIN, Acting :
Commissioner of Social Security, :
:
    Defendant :

FILED
SCRANTON

OCT 3 1 2016

PER _____
DEPUTY CLERK

## MEMORANDUM AND ORDER

**NOW, THIS 31ST DAY OF OCTOBER, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Krisi L. Compton disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**